ELSIE B. SPAULDING, Appellant, *v.* JOHN P. CHRISTAKOS et al., Individually and as Copartners Under the Name of FRENCH PASTRY SHOP, Respondents.

Reargued May 28, 1946; decided June 13, 1946.

*William A. Mulvey* and *Allen J. Weisman* for appellant.
*John R. Schwartz* and *M. Glenn Folger* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER and FULD, JJ.; LEWIS, CONWAY and DYE, JJ., dissent upon the ground that the evidence presented questions of fact for the jury.